450 A.2d 182

Commonwealth v. Easley, Appellant.

Petition for Allowance of Appeal
Denied Nov. 23, 1982.

Submitted April 22, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.